IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ACE FIRE UNDERWRITERS COMPANY and ACE PROPERTY & CASUALTY INSURANCE COMPANY, | CV 19-181-M-DLC-KLD |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| NANCY GIBSON, AS RECEIVER FOR ROBINSON INSULATION COMPANY; MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY; and AMERICAN STATES INSURANCE COMPANY, | |
| Defendants. | |

Plaintiffs move for the admission of Brendan V. Mullan to practice before this Court in this case with Mark S. Williams to act as local counsel. Mr. Mullan's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Mr. Mullan pro hac vice is GRANTED on the condition that Mr. Mullan shall do his own work. This means that Mr. Mullan must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel

shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Mullan, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 22nd day of November, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge