IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ACE FIRE UNDERWRITERS COMPANY and ACE PROPERTY & CASUALTY INSURANCE COMPANY, | CV 19-181-M-DLC-KLD |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| NANCY GIBSON, AS RECEIVER FOR ROBINSON INSULATION COMPANY; MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY; and AMERICAN STATES INSURANCE COMPANY, | |
| Defendants. | |

Defendant Motorists Commercial Mutual Insurance Company moves for the admission of Marc Weintraub to practice before this Court in this case with Shane Coleman to act as local counsel. Mr. Weintraub's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Mr. Weintraub pro hac vice is GRANTED on the condition that Mr. Weintraub shall do his own work. This means that Mr. Weintraub must do his own writing,

sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Weintraub, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

    DATED this 25th day of February, 2020.

                                      Kathleen L. DeSoto
                                      United States Magistrate Judge