IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACE FIRE UNDERWRITERS COMPANY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NANCY GIBSON, AS RECEIVER FOR ROBINSON INSULATION COMPANY; MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | CV 19-181-M-DLC-KLD<br><br>**ORDER** |

Defendant Motorists Commercial Mutual Insurance Company moves for the admission of Patricia Mulvoy Kipnis (Doc. 46) to practice before this Court in this case with Shane P. Coleman to act as local counsel.

*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3). While Defendant's motion does contain an affidavit from Ms. Kipnis, the affidavit fails to address items 83.1(d)(3)(B), (C), (D), (E), and (F). (*See* Doc. 46-1.)

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ms. Kipnis *pro hac vice* is DENIED without prejudice. Defendant may resubmit

its motion, provided the motion is accompanied by an affidavit that complies in full with L.R. 83.1(d)(3).

DATED this 18th day of March, 2020.

_____
 Kathleen L. DeSoto
 United States Magistrate Judge