IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACE FIRE UNDERWRITERS COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NANCY GIBSON, AS RECEIVER FOR ROBINSON INSULATION COMPANY; MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY, et al., <br><br> Defendants. | CV 19-181-M-DLC-KLD <br><br> **ORDER** |

Defendant Motorists Commercial Mutual Insurance Company moves for the admission of Patricia Mulvoy Kipnis to practice before this Court in this case with Shane P. Coleman to act as local counsel. Ms. Kipnis's application appears to be in order. Accordingly,

IT IS HEREBY ORDERED that Defendant's motion to admit Ms. Kipnis pro hac vice is GRANTED on the condition that Ms. Kipnis shall do her own work. This means that Ms. Kipnis must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Kipnis, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 24th day of March, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge