IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACE FIRE UNDERWRITERS COMPANY and ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY GIBSON, AS RECEIVER FOR ROBINSON INSULATION COMPANY; MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY; and AMERICAN STATES INSURANCE COMPANY,<br><br>Defendants. | CV 19-181-M-DLC-KLD<br><br>ORDER |

Plaintiffs have filed an unopposed motion to stay all proceedings in this action pending finalization of settlement among the parties. (Doc. 53.) Good cause appearing, IT IS HEREBY ORDERED that:

1. All proceedings in this action are STAYED pending further order of the Court;

2. The June 9, 2020 telephonic preliminary pretrial conference is VACATED;

**Error! Unknown document property name.**

3. On or before August 12, 2020, the parties shall file a joint status report unless, before that date, the parties have filed a stipulation of dismissal with prejudice of all claims asserted by all parties.

DATED this 12th day of May, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge