IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACE FIRE UNDERWRITERS COMPANY, and ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>  v.<br><br>NANCY GIBSON, AS RECEIVER FOR ROBINSON INSULATION COMPANY; AMERICAN STATES INSURANCE COMPANY; and MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY,<br><br>    Defendants. | CV 19–181–M–DLC<br><br><br>ORDER |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice of All Claims by All Parties (Doc. 57), IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 9th day of November, 2020

_____
Dana L. Christensen, District Judge
United States District Court